## UNITED STATES of America, Appellee,

v.

## Jerry W. WEST, Appellant.

### No. 06–1322.

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2007.

Filed: July 10, 2007.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Cynthia L. Phillips, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

## PER CURIAM.

Jerry W. West appeals the sentence the district court[1] imposed after he pleaded guilty to receiving child pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count 1) possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count 2) and criminal forfeiture of two computers, pursuant to 18 U.S.C. § 2253 (Count 3).

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

The district court sentenced West to concurrent prison terms of 180 months on Count 1 (the statutory minimum) and 120 months on Count 2, and concurrent supervised release terms of life. West's counsel now moves to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing West's sentence on Count 1 is unreasonable under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). This argument is unavailing. *See United States v. Gregg,* 451 F.3d 930, 937 (8th Cir.2006) ("*Booker* does not relate to statutorily-imposed sentences").

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.